Carrie J. Clarendon, as Administratrix, etc., of William S. Clarendon, Deceased, Respondent, v. Milliken Brothers, Inc., Appellant.

*Costs — discretion of court in requiring security therefor.*

Appeal by the defendant from an order of the Supreme Court, entered in the office of the clerk of the county of Richmond on the 17th day of October, 1906.

JENKS, J.: I agree with BARRETT, J., in *Pursley* v. *Rodgers* (44 App. Div. 139) that this plaintiff was not required absolutely to give security for costs under section 3268 of the Code of Civil Procedure. Under section 3271 of that Code it was a matter of discretion with the court, and I think that its order should not be disturbed inasmuch as it is within the rule which we laid down in *McNeil* v. *Merriam* (57 App. Div. 164) and *Davidson* v. *Bose* (Id. 212), per WOODWARD, J.: "The court is not justified in extending its discretion to a case of this character, unless it is manifest that there is bad faith involved or some other serious objections to the party proceeding without the guaranty provided for by the Code." (See, too, 2 Nich. N. Y. Pr. 1891, and authorities cited.) *McNeil's Case (supra)* is cited with approval in *Gmaehle* v. *Rosenberg* (80 App. Div. 542). The order is affirmed, with ten dollars costs and disbursements. Woodward, Hooker, Gaynor and Rich, JJ., concurred. Order affirmed, with ten dollars costs and disbursements.